540

SEYMOUR S. TRAIGER, Landlord, Appellant, *v.* ISIDORE SACKS, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, June 21, 1945.

*Milton E. Jacobowitz* for appellant.

*A. Martin Lerner* and *Jesse R. Bacharach* for respondent.

Final order affirmed, with $25 costs. No opinion.

Concur: MACCRATE, SMITH and STEINBRINK, JJ.

CHARLES MENDOLA, Plaintiff, *v.* ROBERT E. DINEEN, as Superintendent of Insurance of the State of New York, Defendant.

Supreme Court, Special Term, New York County, July 18, 1945.